IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NORTH AMERICAN CAPACITY**
**INSURANCE COMPANY,**

    **Plaintiff,**

    vs.                                          Cause No. 01-666-DRH

**MEGA LEASING, INC., d/b/a POP'S**
**ANNEX, and DAVID A. STARK, and**
**CLIFFORD E. MOULTON, and**
**BERNIE O. ROGERS, and LISA D.**
**WATSON, Special Administrator of the**
**Estate of Christopher T. Watson, Deceased.**

    **Defendants**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.------------------------------------------------------------------------

                                                    **NORBERT G. JAWORSKI, CLERK**

June 7, 2005                                By:   s/Patricia Brown
                                                         Deputy Clerk

APPROVED:/s/    David R Herndon        EOD:   6/7/2005
               **U.S. DISTRICT JUDGE**